IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

MICHAEL YOUNG
POST OFFICE BOX 131
EAU CLAIRE, WISCONSIN 54703-0131
  COMPLAINING PARTY

VERSUS

MR. DONALD TRUMP
725 FIFTH AVENUE
NEW YORK CITY 10022

MR. ROBERT WRIGHT
NBC TELEVISION NETWORK
30 ROCKEFELLER PLAZA
NEW YORK CITY 10022

COMPLAINT AND LAWSUIT
SEEKING JUSTICE AND
MONETARY RELIEF



NOW COME THE COMPLAINANT MICHAEL YOUNG TO STATE TO THE FEDERAL COURT AS FOLLOWS:

This complainant and lawsuit is hereby respectfully filed in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK CITY under federal rules and civil procedures 1983 and the 14th and 15th amendments of the UNITED STATES CONSTITUTION. THE COMPLAINANT MICHAEL YOUNG HEREBY STATE AND ALLEDGE TO THE FEDERAL COURT AS FOLLOWS:

1. That in the early months in the year 2005 the complainant Michael Young wrote Mr. Donald Trump a letter and this complainant advised Mr. Donald Trump that he want to be on and appear on the Donald Trump NBC Television Network Apprentice Television show and that the complainant Michael Young advise and told Mr. Donald Trump that this complainant wanted and request that Mr. Donald Trump put together two different apprentice teams to write and sing songs with this complainant Michael Young who is an unrecorded and unpublished songwriter and singer on one of the Apprentice teams in an attempt to try to win The Apprentice on Mr. Donald Trump Television show and to try to be discovered as a songwriter and a country and western singer. Mr. Donald Trump did not reply to the complainant Michael Young's letter and he has never replied to this complainant letter thus several months after this complainant wrote Mr. Donald Trump the letter revealing his plan and idea, Mr. Donald Trump unlawfully stole this complainant plan and idea by putting together two different Apprentice teams to write and sing songs without either advising this complainant Michael Young that he had televised and showed this complainant plan and idea on The Apprentice Television show nor was this complainant

ever at anytime called in by Mr. Donald Trump to appear on The Apprentice Television show to compete with other team members and apprentices in this complainant's plan and idea that both Mr. Donald Trump and Mr. Robert Wright who is the chairman at the NBC Television Network in New York City unlawfully stole this complainant Michael Young plan and idea with the intent to commit the theft of this complainant Michael Young plan and idea for the Donald Trump Apprentice Television show. The complainant Michael Young has state a cause of legal action against Mr. Donald Trump and Mr. Robert Wright the chairman for the NBC Television Network that violate the 1983 Civil Rights laws and justify justice and monetary relief.

2. That the complainant Michael Young in this case put himself to strict proof in this case and he is very willing to take a polygraph test on this case and to cooperate and submit to all reasonable efforts and prove that Mr. Donald Trump, Mr. Donald Trump's employees, who open his mail and Mr. Robert Wright for stealing this complainant Michael Young plan and idea to televise and show on Mr. Donald Trump Apprentices Television show without this complainant consent or approval. The defendants in this case have violated the Federal 1983 Civil Rights Statute and laws as well as the 14th and 15th amendments of the Constitution.

3. The complainant Michael Young hereby state and allege that he believe some things and there are some things that this complainant know as well. The complainant Michael Young believes that Eve charmed and coerced Adam to eat from the apple tree because she wanted to disobey God and eat from that concerned apple tree herself. This complainant believes in celebrating Christmas and New Year's even though and in spite of the fact that time is the most vicious and devastating enemy to all human life and animal life. This complainant believes that Connie Chung is smarter than Maury Povich. The complainant Michael Young in this case know for a fact without any doubt whatsoever that Mr. Donald Trump, Mr. Donald Trump's employees, who the mail for Mr. Donald Trump and Mr. Robert Wright the chairman at the NBC Television Network unlawfully stole this complainant plan and idea to televise and use on Mr. Donald Trump Apprentice Television show. There is no doubt that both the rich and wealthy and the poor and poverty both still exist. This complainant Michael Young began to write and sing songs at the age of 12 years old thus no record company or music publisher has ever allowed this complainant to show his writing or singing talent to the public and this is why this complainant came up with the plan and idea to show his musical talent on the Donald Trump Apprentice Television show. Mr. Donald Trump has now stole this complainant plan and idea for music on his television show. This is very unfair and not right.

The complainant Michael Young request legal assistance and to be represented from an attorney in this case. The state of Wisconsin where this complainant resides has six and twelve person juries thus if this is the case in the state of New York the complainant requests a six person jury trial in this case.

APRIL 11, 2006

Michael Young
Post Office Box 131
Eau Claire, Wisconsin 54703-0131
Telephone number 715-833-8668

CC: MR. DONALD TRUMP
    725 FIFTH AVENUE
    NEW YORK CITY  10022

    MR. ROBERT WRIGHT
    NBC TELEVISION NETWORK
    30 ROCKEFELLER PLAZA
    NEW YORK CITY  10112

    ATTORNEY RICHARD F. BERNSTEIN
    521 FIFTH AVENUE 17TH FLOOR
    NEW YORK CITY  10175-0038

    ATTORNEY DENISE K. BONNAIG
    277 BROADWAY, SUITE 708, 710
    NEW YORK CITY  10007

    ATTORNEY NINA KEILIN
    130 WEST 42TH STREET NUMBER 1700
    NEW YORK CITY  10036

    ATTORNEY EDWARD W. MILLER
    575 LEXINGTON AVENUE
    NEW YORK CITY  10022

    MR. WILIAM BURT
    THE NATIONAL ENQUIRER
    EDITORIAL DEPARTMENT
    1000 AMERICAN MEDIA WAY
    BOCA RATON, FLORIDA  33464-1000

    MS. ANN S. MOORE
    THE PEOPLE MAGAZINE
    TIME AND LIFE BUILDING
    ROCKEFELLER CENTER
    1271 AVENUE OF THE AMERICA
    NEW YORK CITY  10020

    MS. ANN CRAHAN
    GRIT NEWSPAPER
    1503 SOUTH WEST 42ND STREET
    TOPEKA, KANSAS  66609

MR. ED BRADLEY
THE SIXTY MINUTES TELEVISION SHOW
524 WEST 57TH STREET
NEW YORK CITY  10019

MR. AL ROKER
NBC TELEVISION TODAY
30 ROCKEFELLER PLAZA ROOM 304
NEW YORK CITY  10112

MR. JOSEPH LELYVELD
THE NEW YORK TIMES
229 WEST 43RD STREET
NEW YORK CITY  10036-3913

ATTORNEY GARY J. SCHIMIDT
LE GRAND KAUKAULIN FIRM, LLC
GENERAL PRACTICE
ZUELKE BUILDING SUITE 305
103 WEST COLLEGE AVENUE
APPLETON, WISCONSIN  54911-5744

APRIL 11, 2006

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK  11201

TO: THE FEDERAL CLERK OF COURT

Enclosed is an original and three copies of a civil rights complaint that I ask you to file with the clerk of court and also you will find my application to proceed without prepayment of fees and affidavit, your attention to my concerns will be appreciated.

MOST CORDIALLY,

*M.Y.*

MICHAEL YOUNG
POST OFFICE BOX 131
EAU CLAIRE, WISCONSIN  54703-0131
TELEPHONE NUMBER 715-833-8668



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 1 2006 ★
BROOKLYN OFFICE

IRIZARRY, J.

RECEIVED
APR 2 1 2006
PRO SE OFFICE